UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE NORTHERN ASSURANCE CO. OF
AMERICA
        Plaintiff

    V.

CIVIL ACTION:11CV10758-RWZ

ROBERT J. HOLLAND, JR.
        Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                               JAN. 7, 2013

    The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

                                                      By the Court,

                                                      s/ Lisa A. Urso
                                                      Deputy Clerk

30day.ord